UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

VALERIE KAY AGUON (2),

          Defendant.

Case No. 2:24-CR-0035-TOR-2

STIPULATED DISCOVERY PROTECTIVE ORDER

BEFORE THE COURT IS the Motion for Protective Order Stipulated Motion for Discovery Protective Order. ECF No. 81. The Court having considered the motion, and being fully advised in this matter, hereby grants the motion and enters the following Protective Order:

IT IS HEREBY ORDERED that:

1. This order governs all discovery material in any format (written or electronic), and information contained therein, that is produced by the United States in discovery in the above captioned case.

2. The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the United States' discovery

STIPULATED DISCOVERY PROTECTIVE ORDER - 1

obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the discovery materials with Defendant AGUON (2). The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to Defendant AGUON (2) or other persons is prohibited and agree not to duplicate or provide copies of discovery materials to Defendant AGUON (2) or other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the United States or Defendant AGUON (2) that are different from those imposed by case law or Federal Rule of Criminal Procedure 16.

5. Any discovery material, or personal identifying information contained therein, that is filed with the Court in connection with pretrial motions, trial, sentencing, or other matters before this Court, shall be redacted or filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties must comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. The provisions of this order shall not terminate at the conclusion of this prosecution.

STIPULATED DISCOVERY PROTECTIVE ORDER - 2

7. Any violation of any term or condition of this order by Defendant AGUON (2), Defendant AGUON (2)'s attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Eastern District of Washington, may be held in contempt of court.

8. Any discovery materials provided pursuant to this order, including all copies, shall be returned to the United States Attorney's Office for the Eastern District of Washington within ten days after the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Ninth Circuit or Supreme Court of the United States.

9. If Defendant AGUON (2) violates any term or condition of this order, the United States has reserved its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant AGUON (2)'s violation.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel.

DATED January 3, 2025.



_____
THOMAS O. RICE
United States District Judge

STIPULATED DISCOVERY PROTECTIVE ORDER - 3